# ELECTRONIC RECORD

COA # 14-12-00632-CR      OFFENSE: Burglary of a Habitation

STYLE: Emerson Handy v The State of Texas      COUNTY: Harris

COA DISPOSITION: Affirmed as Modified      TRIAL COURT: 179th District Court

DATE: 05/09/2013      Publish: Yes      TC CASE #: 1278565

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**

STYLE: _____      CCA #: **717-13**

_____State's_____ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

granted & remanded      JUDGE: _____

DATE: April 16, 2014      SIGNED: _____    PC: _____

JUDGE: PC      PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

Appellant's PETITION
FOR DISCRETIONARY REVIEW
IS refused
DATE April 16, 2014
PC
JUDGE